XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
WILLIAM MCCASLIN, State Bar No. 249976
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7350
 Fax: (916) 324-5205
 E-mail: William.McCaslin@doj.ca.gov
*Attorneys for Defendants
D. Ball and C. McCament*

FILED

MAY 0 7 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHRISTOPHER TURK,** | 2:17-cv-01545-DB (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **C. McCAMENT, et al.,** | Judge: The Honorable Carolyn K. Delaney<br>Trial Date: Not Set<br>Action Filed: July 26, 2017 |
| Defendants. | |

Based on the stipulation of the parties, IT IS ORDERED that Plaintiff's claims against Defendants Ball and McCament are dismissed with prejudice.

Dated: 5/7/2019

_____
The Honorable Carolyn K. Delaney

SA2019300015
13709674.docx

1